ACCEPTED
04-15-00435-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/13/2015 4:51:22 PM
KEITH HOTTLE
CLERK

**No. 04-15-00435-CV**

IN THE COURT OF APPEALS FOR THE FOURTH DISTRICT
OF TEXAS AT SAN ANTONIO

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
08/13/2015 4:51:22 PM
KEITH E. HOTTLE
Clerk

AUGLLE, L.L.C., WRAP IT UP, L.L.C., JAMES A. MCVEY, JR.,
INDIVIDUALLY AND VALDIS KARLIS GRAVIS KRUMINS,
INDIVIDUALLY,
*Appellants,*

v.

DAVID A. MONROE, E-WATCH CORPORATION, E-WATCH, INC.,
AND THE TELESIS GROUP, INC., EACH INDIVIDUALLY AND AS
MEMBER OF POWER SURVEILLANCE CORPORATION, L.L.C.,
*Appellees.*

Appeal from the 225th Judicial District Court, Bexar County, Texas,
No. 2015-CI-07230, Honorable Gloria Saldana presiding

## UNOPPOSED MOTION BY APPELLANTS
## FOR ACCESS TO SEALED DOCUMENTS IN CLERK'S RECORD

Appellants Auglle, L.L.C., Wrap It Up, L.L.C., James A. McVey, Jr., Individually, and Valdis Karlis Gravis Krumins, Individually (hereinafter "Appellants"), file this Unopposed Motion for Access to Sealed Documents in Clerk's Record (the "Motion") and respectfully request that the Court grant the Motion and provide Appellants access to the sealed documents included in the Clerk's Record on appeal in this case.

1

## BACKGROUND

Two documents were filed by the trial court under seal. The district clerk filed the sealed and unsealed Clerk's Records in this Court on July 23, 2015. Counsel obtained the unsealed Record from the Clerk of this Court on July 28, 2015. Counsel for Appellants also needs access to the sealed portion of the Clerk's Record.

## REASON FOR RELIEF

Although the parties have copies of the sealed documents filed and served in the proceedings below, Appellants need access to the sealed documents to (1) confirm which documents are included in the Clerk's Record, (2) verify that the Appellants possess copies of all such sealed documents, and (3) allow proper citation to the sealed documents in the Appellants' brief to be filed with the Court in accordance with this Court's rules.

Concerns that sometimes arise with granting access to sealed documents are not present here. First, because the parties and their counsel already have copies of and access to documents under seal in the district court, no new or additional access would be allowed by granting the Motion. Second, the sealed items will remain sealed until unsealed. Third, this Motion is not opposed. Because allowing access to the sealed documents will enable the Appellants to comply with the Court's rules on citations to the Clerk's Record and because there will be no harm

in allowing access, Appellants ask the Court to grant their counsel access to the sealed documents.

**PRAYER FOR RELIEF**

For the reasons set forth above, Appellants request that the Motion be granted in its entirety and that Appellants be granted access to all of the sealed documents included in the Clerk's Record currently on file in this Court and to any subsequently filed sealed documents, if any, supplemented to the Clerk's Record. Appellants pray for all other and further relief to which each may be justly entitled.

Dated: August 13, 2015.

Respectfully Submitted,

**HAYNES AND BOONE, LLP**

*/s/ Karen S. Precella*
William B. Nash
State Bar No. 14812200
*bill.nash@haynesboone.com*
112 East Pecan Street, Suite 1200
San Antonio, Texas 78205
Telephone: (210) 978-7477
Telecopier: (210) 554-0484

Karen S. Precella
State Bar No. 16245550
*karen.precella@haynesboone.com*
301 Commerce Street, Suite 2600
Fort Worth, Texas 76102
Telephone: (817) 347-6620
Telecopier: (817) 348-2367

Ben L. Mesches
State Bar No. 24032737
*ben.mesches@haynesboone.com*
Ryan Paulsen
State Bar No. 24060397
*ryan.paulsen@haynesboone.com*
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone:  (214) 651-5234
Telecopier:  (214) 200-0913

**OLIVA, SAKS, GARCIA & CURIEL, LLP**
Carlo Garcia
State Bar No. 00790744
*cglaw@osgclaw.com*
The OSGC Building
14255 Blanco Road
San Antonio, Texas 78216
Telephone:  210-265-6730
Telecopier:  210-308-6939

**ATTORNEYS FOR APPELLANTS**

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Counsel for Appellees, Louis Vetrano, on August 10, 2015, and Jorge Mares, on August 13, 2015, concerning this Motion, who stated that Appellees do not oppose the Motion.

*/s/ Karen S. Precella*
Karen S. Precella

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served on all counsel of record via e-service and/or e-mail on this 13th day of August, 2015:

Louis A. Vetrano, Jr.
*lvetrano@flash.net*
2502 Huebner Park
San Antonio, Texas 78248
Telephone: (210) 862-5786

Mikal Watts
*mwatts@wattsguerra.com*
Mark Anthony Fassold
*mfassold@wattsguerra.com*
Francisco Guerra IV
*fguerra@wattsguerra.com*
Jorge Mares
*jmares@wattsguerra.com*
WATTS GUERRA LLP
4 Dominion Drive
Bldg. 3, Ste. 100
San Antonio, Texas 78257

**ATTORNEYS FOR APPELLEES**

*/s/ Karen S. Precella*
Karen S. Precella

15274472

5